UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RENE MICHELI,<br>    Plaintiffs,<br><br>    v.<br><br>TECHTRONIC INDUSTRIES, CO, LTD.,<br>TECHTRONIC INDUSTRIES NORTH<br>AMERICA, INC., ONE WORLD<br>TECHNOLOGIES, INC., and RYOBI<br>TECHNOLOGIES, INC.,<br>    Defendants, | Civil No.<br>11-10503-NMG |
| JAKE GAO,<br>    Plaintiffs,<br><br>    v.<br><br>TECHTRONIC INDUSTRIES, CO, LTD.,<br>TECHTRONIC INDUSTRIES NORTH<br>AMERICA, INC., ONE WORLD<br>TECHNOLOGIES, INC., and RYOBI<br>TECHNOLOGIES, INC.,<br>    Defendants, | Civil No.<br>11-10718-NMG |

ORDER

GORTON, J.

    The Court has reviewed Magistrate Judge Sorokin's Report and Recommendation on the motion of Defendant Techtronic Industries, Co. to Dismiss for Lack of Personal Jurisdiction (Docket No. 41) as well as the parties' objections thereto.  The Court concludes that plaintiffs' request to stay the action while jurisdictional discovery of defendant proceeds in a related case in New Jersey

federal court is warranted. The Report and Recommendation is, therefore, held under advisement pending completion of on-going jurisdictional discovery. Counsel in both cases shall submit joint status reports to the Court on or before February 28, 2013, with respect to such jurisdictional discovery.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated December 3, 2012